■ In the Matter of RAYMOND J. LILL, Respondent, v. MONROE COUNTY BOARD OF ELECTIONS, Respondent. In the Matter of RAYMOND W. ZINK, Appellant, v. MONROE COUNTY BOARD OF ELECTIONS, Respondent.— Order unanimously affirmed, without costs of this appeal to any party. (Appeal from order of Monroe Special Term, granting Raymond J. Lill's application to count certain write-in votes and denying Raymond W. Zink's application to count four void ballots.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. EDGAR J. DEWEY. (B) THE PEOPLE OF THE STATE OF NEW YORK v. DAVID PATRICK PERRY.— [In each action] Motion granted and time for argument of appeal enlarged to include November, 1962 Term.

■ In the Matter of HAROLD D. KIRKPATRICK, an Infant.— Appeal dismissed unless records and briefs are filed and served on or before December 12, 1962; time for argument of appeal enlarged to include January 1963 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MOORE, Appellant.— Motion for leave to reargue motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEO RATAJCZAK, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Motion for leave to reargue motion, or, in the alternative, to dismiss the appeal, denied in both respects.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEWIS F. MACGREGOR, Appellant.— Motion to prosecute appeal as poor persons, and for other relief, denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD ALLEN, Appellant.— Motion for leave to prosecute appeal as a poor person, and for other relief, denied. Memorandum: The claims asserted by the appellant cannot be made the basis of any relief in *coram nobis*.

39 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL ZENDANO, Appellant.— Motion for leave to prosecute appeal as a poor person, and for other relief, denied. Memorandum: The claims asserted by the appellant cannot be made the basis of any relief in *coram nobis*.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESLIE L. RANOUS, Appellant.— Time for argument of appeal enlarged to include November 1962 Term.

■ In the Matter of DONNA L. DINSMORE, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent.— Motion granted to prosecute proceeding upon an original typewritten record and five typewritten copies of petitioner's brief.